**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Noe Agosto, Jr., ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:16-cv-08692 |
| ) | |
| v. ) | Honorable Gary Feinerman |
| ) | |
| Dart Container Corporation of Illinois, and ) | |
| Solo Cup Operating Corporation, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff, Noe Agosto, Jr., and Defendants, Dart Container Corporation of Illinois, and Solo Cup Operating Corporation, and, pursuant to Rule 41 of the Federal Rules of Civil Procedure, stipulate to the dismissal of this action with prejudice with each party to pay its/his own costs and attorney fees.

/s/ Steven A. Wade
Steven A. Wade
Anesi, Ozmon, Rodin, Novak & Kohen, Ltd.
161 N. Clark Street, Suite 2100
Chicago, IL 60601
o: 312-372-3822
f: 312-372-3833
swade@anesilaw.com

**Attorney for Plaintiff Noe Agosto, Jr.**

/s/ Davi L. Hirsch
Davi L. Hirsch
Klein Dub & Holleb, Ltd.
660 LaSalle Place, Suite 100
Highland Park, IL 60035
o: 847-681-9100
f: 847-681-1600
dhirsch@labor-law.com

**Attorney for Defendants Dart Container Corporation of Illinois and Solo Cup Operating Corporation**

**CERTIFICATE OF SERVICE**

 The undersigned certifies that a copy of the aforementioned was served upon all counsel of record via ECF transmission on January 31, 2017.

             /s/ Steven A. Wade
             Steven A. Wade